# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| KELLY PARENT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-09-258-FHS |
| AFG ACQUISITION GROUP, L.L.C., | ) | |
| Defendant. | ) | |

## ORDER

NOW ON THIS 5th day of November, 2009, Defendant's Opposed Motion for the Court to Dismiss Case Without Prejudice (Docket No. 18) comes before this Court for consideration. The Court has reviewed the Motion and finds that it should be granted.

IT IS THEREFORE ORDERED that this case and all causes of action asserted in this case are dismissed without prejudice for failure of Plaintiff to comply with this Court's Order to file, by September 25, 2009, a document informing the Court of his desire to proceed pro se or have a new attorney enter an appearance on his behalf, and Plaintiff's failure to prosecute this action.

IT IS SO ORDERED this 5th day of November, 2009.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma